Lee, LACRESIA D. 09-10400

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS 107
60-249 / 433
12472

TID #380380
WILBUR J. (BILL) BABIN, JR.

| Case | Debtor |
|---|---|
| 09-10400 EWM | LEE, LACRESIA DEMEATRIC |
| 92000237409466 | |
| COMBINED SMALL CHECK | |

Date 08/10/2010 $ **********10.22

~~~Ten Dollars and 22/100

Pay to the Order of
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans LA 70130-3386

WILBUR J. (BILL) BABIN, JR., Trustee

⑈000000107⑈ ⑆043302493⑆ 92000237409466⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227608 - KW
* * C O P Y * *
September 07, 2010
13:44:35

UNC.UNDER$25
09-10400

Debtor.: LACRESIA DEMEATRIC LEE
Trustee: Wilbur Babin, Jr.
Amount.: $10.26 CH
Check#.: 107

Total --> $10.26

FROM: BABIN

9/7/10
Deposited to 106000
Treasury Acct.

Due:
① First Guaranty Bank    4.69
② Baton Rouge Telco
   Fed. Credit Union     2.01
③ SFC Central
   Bankruptcy            3.52
                        $10.22

CV.

**WILBUR J. "BILL" BABIN, JR.**
*Trustee in Bankruptcy*
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 833-8668
TELECOPIER: (504) 837-2214

September 1, 2010

Ms. Cheryl Vogel
Fiscal Admin Supervisor
U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Rm. B-601
New Orleans, LA  70130-3386

In re:  LEE, LACRESIA D (USBC, EDLA No. 09-10400-A)

Dear Ms. Vogel:

In compliance with Rule 3010 of the Rules of Bankruptcy Procedure, attached hereto please find check in the amount of $10.22 representing dividends in an amount less than $5.00 due to the following creditors:

| | | |
|---|---|---|
| First Guaranty Bank<br>P.O. Box 2009<br>Hammond, LA 70404 | Claim #2 | $4.69 |
| Baton Rouge Telco Federal<br>Credit Union<br>13404 Airline Highway<br>Baton Rouge, LA 70817 | Claim #6 | $2.01 |
| SFC Central Bankruptcy<br>209 Dawson Road., Suite 4B<br>Columbia, SC 29223 | Claim #8 | $3.52 |
| **Total:** | | $10.22 |

Please treat these funds in the same manner as unclaimed funds.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

Very truly yours,

*[signature]*

WILBUR J. "BILL" BABIN, JR.-TRUSTEE

WJBjr/ld
Enclosure